2014CV04293

Guadalupe R Ramos [plaintiff] v.
Golden Ribbon Inc. [defendant]

)
) IN THE _____ 3 _____ COURT
)
_____
COUNTY, TEXAS
_____ JUDICIAL DISTRICT

2015 JAN 9 PM 2:17

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Golden Ribbon In [Name of each party filing notice], Guadalupe Ramos [party designation], gives notice of _____ appeal _____ [his or her or its or their] intent to appeal the trial court's judgment rendered on _____ 01·8·2015 _____ [date]. This appeal is taken to _____ #3 _____ [number of the court of appeals, e.g., the Third Court of Appeals, unless appeal is taken to the First or Fourteenth Court of Appeals, in which case the notice must state that the appeal is to either of those courts, e.g., either the First or the Fourteenth Court of Appeals or, if a direct appeal, the Supreme Court of Texas] in San Antonio Texas [name of city], Texas.

[If party is represented by counsel, use following signature:]

Respectfully submitted,
Guadalupe R Ramos _____ [firm name, if any]
By: _____ [signature line]
Guadalupe R. Ramos [typed name]
_____ [address]
210·719·0305 [telephone number] ( Not lawyer )
_____ [facsimile number, if any]
_____ [state bar number]

↓

[If party is not represented by counsel, use following signature:]

Respectfully submitted,
Guadalupe R Ramos _____ [signature of pro se party]
Guadalupe R Ramos [typed name]
818 E Grayson, SA Tx 78216 _____ [address]
210 719·0305 [telephone number]
210 886 – 0117 [facsimile number, if any]

CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has, on this day, been _____ In Person _____ [delivered in person or delivered in person by my agent or delivered by courier with receipted delivery or sent by certified mail or sent by registered mail or sent by telephonic document transfer before 5:00 p.m. of the recipient's local time]

2015 JAN -9 PM 12:29

DEPUTY GERARD RICKHOFF COUNTY CLERK BEXAR

State of Texas
County of __Bexar_____

This instrument was acknowledged before me this __9th__ day of __January__, 20__15__ by

__Guadalupe Ramos_____.

___ Personally known or _X_ Produced __I.D. card_____ as identification.

MONICA MARISSA LERMA
Notary Public, State of Texas
My Commission Expires
September 02, 2018

Notary Public, State of Texas

to _Court 3_____ [name, address, and designation, including telecopier number if sent by telecopier, e.g., _____(name), attorney of record for _____(name of party), at _____/_____(address)].

SIGNED _____[date].
_____ [signature]
Attorney for _____

MONICA MARISSA LERMA
Notary Public, State of Texas
My Commission Expires
September 02, 2018

[List name and address of each person served, or if person served is a party's attorney, list name of party represented by that attorney, e.g.,

Joe Jones
Jones, Jones & Jones
123 Sesame Street  Smalltown, Texas  77777
Attorney for Sue Smith, Plaintiff]

Source: Legal > States Legal - U.S. > Texas > Search Forms & Drafting Instructions > **Dorsaneo, Texas Litigation Guide**
View: Full
Date/Time: Wednesday, June 23, 2010 - 5:03 PM EDT

**LexisNexis®**

About LexisNexis    Terms & Conditions    Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

NO. 2014CV04243

Golden Ribbon INC,
**Plaintiff,**

v.

Guadalupe R. Ramos Jr.
**AND ALL OCCUPANTS,**
**Defendant.**

IN THE COUNTY COURT

AT LAW NO. 3

BEXAR COUNTY, TEXAS

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
2015 JAN -8 AM 11: 22

## JUDGEMENT

On this date came on to be heard the above-styled and numbered cause. Plaintiff appeared by authorized agent and attorney. Defendant, having been duly given notice of trial setting in the manner prescribed by law, appeared not in person without counsel, _____. Plaintiff/Both parties announced ready for trial without demand for jury.

After hearing the evidence and arguments of counsel, it appeared to the Court that the Defendant has forcibly detained the herein described property from Plaintiff and that Plaintiff should recover possession of the property, damages in the reasonable rental value of the property to date hereof, plus reasonable attorney's fees and costs of Court.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff recover possession from Defendant of the property described in the petition, to-wit:

831 E. Grayson #206
San Antonio, Tx 78208

That Plaintiff have its Writ of Possession, and recover from Defendant $ 2,025 in rents due as of date hereof, damages in the sum of $ 2,025.00 , reasonable attorney's fees in the amount of $ Ø , costs of Court, plus interest on the amount of this Judgment and taxable court costs at the maximum rate compounded annually that is allowable by law (either per contract or statute, whichever is greater), for all of which let execution issue.

Signed and entered this 8 day of Jan , 20 15.

Presiding Judge
Bexar County, Texas